IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| THE STATE OF WASHINGTON | ) | No. 78874-4-I |
| | ) | |
| Respondent, | ) | DIVISION ONE |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| DAVID CLAYTON, JR., | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |

PER CURIAM — David Clayton challenges his judgment and sentence for third degree assault, contending that the sentencing court acted contrary to RCW 10.82.090(1) in ordering Clayton's non-restitution legal financial obligations to bear interest. But Clayton appears to be mistaken. A marked checkbox in the judgment and sentence indicates that "interest is waived," and the minutes of the sentencing hearing confirm that "[a]ll interest is waived except with respect to restitution." Nothing in the judgment and sentence indicates that Clayton will be assessed interest on non-restitution legal financial obligations.[1]

Affirmed.

---

[1] The appellant's statement of additional grounds challenges the effectiveness of his attorney's representation, but the limited record on appeal does not support those claims.

No. 78874-4-I/2

FOR THE COURT:

_____
Verellen, J.

_____
Leach, J.

_____
Appelwick, J.

2